**Order entered September 22, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00156-CR

**THOMAS LINZ JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-58525-S**

### ORDER

Before the Court is appellant's September 6, 2022 amended motion to strike and objections to the trial court's July 18, 2022 order appointing as attorney pro tem Tarrant County District Attorney Sharen Wilson or any Tarrant County assistant district attorney Wilson designates. Appellant contends it is an abuse of discretion to appoint Wilson and her assistants absent an oath of office. Appellant further contends that because the record has been filed, rule 25.2(g) suspended the

trial court's power to appoint an attorney pro tem without an abatement of our appellate jurisdiction. *See* TEX. R. APP. P. 25.2(g).

To expedite the decision in this case, we suspend the operation of rule 25.2(g) to the extent it may be construed as blocking the trial court's power to appoint Wilson or her designated assistant district attorney as attorney pro tem in this case. *See* TEX. R. APP. P. 2 (permitting court of appeals to suspend a rule's operation); *see also* TEX. CODE CRIM. PROC. ANN. art. 2.07 (describing power to appoint attorney pro tem).

We note that the district clerk's website shows Wilson has filed two oaths of office in this case. We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing (1) the trial court's order appointing Tarrant County District Attorney Sharen Wilson or her designated assistant district attorney as attorney pro tem and (2) all oaths of office on file with the district clerk executed by Sharen Wilson or any Tarrant County assistant district attorney in this case.

Except for the relief granted in this order, we **DENY** appellant's motion to strike and objections to Wilson's appointment.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE

–2–